UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN M. DEJAN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-2731** |
| **LOCKHEED MARTIN CORPORATION AND CAMGIAN MICROSYSTEMS CORPORATION** | **SECTION: "S" (5)** |

ORDER AND REASONS

**IT IS HEREBY ORDERED** that Lockheed Martin Corporation's Motion for Partial Judgment on the Pleadings (Doc. #24) is **GRANTED** as unopposed as to plaintiff's Louisiana state-law employment discrimination claims, Louisiana state-law whistleblower claims, and interference with a federal contract claim, and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Lockheed Martin Corporation's Motion for Partial Judgment on the Pleadings (Doc. #24) is **GRANTED** as to plaintiff's federal whistleblower claim for failure to exhaust administrative remedies, and that claim is **DISMISSED WITHOUT PREJUDICE**.[1]

New Orleans, Louisiana, this   3rd   day of January, 2016.

**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

---

[1] Lockheed argues that plaintiff, who was not a federal employee, brought a claim under the Federal Whistleblower Protection Act of 1989, 5 U.S.C. §§ 1203, et seq., which applies only to federal employees. Plaintiff clarifies that his claim arises under the Federal Whistleblower Enhancement Protection Act, 10 U.S.C. § 2409, which applies to employees of government contractors working on projects for the Department of Defense or the National Aeronautics and Space Administration, but requires the exhaustion of administrative remedies prior to filing suit.  Plaintiff admits that he has not completed the administrative process.